**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**Gregory Walker Johnson,**

     **Plaintiff,**                     **Case No. 1:14–cv–819**

     **v.**                              **Judge Michael H. Watson**

**Apple Inc., *et al.*,**

     **Defendants.**

## OPINION AND ORDER

On May 18, 2015, the Court issued an Opinion and Order adopting the Magistrate Judge's R&R recommending dismissal of Plaintiff's Complaint. ECF No. 16. In so doing, the Court certified that an appeal of that Opinion and Order would not be taken in good faith. *Id.* at 3.

On May 28, 2015, Plaintiff moves for leave to appeal the Court's May 18 Opinion and Order *in forma pauperis*. ECF No. 19. On June 1, 2015, the Magistrate Judge issued a report and recommendation ("R&R") recommending that Plaintiff's motion be denied. ECF No. 21.

Plaintiff did not object to the R&R; rather, on June 10, 2015, he filed another motion for leave to appeal *in forma pauperis*. ECF No. 23.

On June 30, 2015, the Magistrate Judge issued another R&R recommending that Plaintiff's second motion for leave to appeal *in forma pauperis* be denied. ECF No. 27. Plaintiff timely objected. ECF No. 30.

For the reasons outlined in the Court's May 18, 2015 Opinion and Order, ECF No. 16, the Court **OVERRULES** Plaintiff's objection, ECF No. 30, and **ADOPTS** both the June 1, 2015 R&R and the June 30, 2015 R&R.  Plaintiffs' motions for leave to appeal *in forma pauperis*, ECF Nos. 19 and 23, are therefore **DENIED**.

   **IT IS SO ORDERED.**

**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**